FILED

03/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0736

IN THE MATTER OF

L.E.A.B. and E.M.G.,

Youths in Need of Care

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, C.G., is granted an extension of time until May 25, 2023 to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
PAGE 1
March 27 2023